**Thursday, March 28, 2024 at 11:35:13 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Complaint of Lisa Carvajal vs. The University of Texas Rio Grande Valley |
| **Date:** | Wednesday, September 21, 2022 at 11:31:15 PM Central Daylight Time |
| **From:** | John Millin |
| **To:** | eeointake@twc.texas.gov |

**Attachments:** 2022-09-21 Carvajal TWCCRD Complaint.pdf

To Whom it May Concern,

Attached please find the Employment Discrimination Complaint Form filed on behalf of Lisa Carvajal.  Thank you for your attention to this matter.

Best,

John Millin
Attorney Representing Lisa Carvajal

Exhibit "A"

| EMPLOYMENT DISCRIMINATION COMPLAINT FORM<br>**Texas Workforce Commission Civil Rights Division (TWCCRD)**<br>Please return this form by:<br>Mail: 101 East 15th Street, Room – Guadalupe/CRD, Austin, TX 78778<br>Email: EEOIntake@twc.state.tx.us<br>Telephone: (888) 452-4778 *or*<br>Fax: (512) 463-2755 (Please include a cover sheet with your name and the total # of pages included.) | TWCCRD#_____<br><br>EEOC#_____ |
|---|---|

**Submitting this Complaint Form DOES NOT represent filing a formal Charge of Discrimination**

| *Please indicate if you have previously filed this complaint with any of the agencies below:*<br>☐ Texas Workforce Commission Civil Rights Division (TWCCRD)<br>☐ Equal Employment Opportunity Commission (EEOC)<br>☐ City of Austin Equal Employment and Fair Housing Office<br>☐ Corpus Christi Human Relations Division<br>☐ Fort Worth Human Relations Department | **DATE RECEIVED** (For Office Use Only): |
|---|---|

Please be sure you provide all the information requested. For Assistance, send an E-mail to EEOIntake@twc.state.tx.us or call us at (888) 452-4778. (Ofrecemos asistencia en Español)

| **Complainant Full Name:** Lisa Carvajal<br><br>**Address Line 1:** 2020 Mynah Ave.<br>**Address Line 2:**<br>**City/State/Zip:** McAllen, TX 78504<br>**Home Phone #:**<br>**Other Phone #:** (956) 588-7242<br>**Email:** lcarvajal4006@hotmail.com | **Complainant Representative (Optional):** *(If you are represented by an attorney, please have them submit a letter of representation)*:<br>John A. Millin IV - Millin & Millin PLLC<br>**Address Line 1:** 4107 N. 22nd St.<br>**Address Line 2:**<br>**City/State/Zip:** McAllen, TX 78504<br>**Phone #:** (956) 631-5600<br>**Fax #:** (956) 631-5605<br>**Email:** john@millinmillin.com; joanna@millinmillin.com |
|---|---|
| **Preferred Form of Contact: (Please check)**<br>☒ **E-mail** ☐ **Telephone** | |
| **Date Hired:**<br>**Position held:** Assistant Men's & Women's Tennis Coach<br>**Still employed?** ☐ Yes ☒ No | **Name of Employer HR Personnel Officer/EEO/CEO/Owner/Legal Counsel:**<br>Mike James, Chief Human Resources Officer<br>**Email:** mike.james@utrgv.edu |
| **Name of Employer** *(Please be sure to give the complete company name and address where you physically worked below)*.<br>The University of Texas Rio Grande Valley Department of Intercollegiate Athletics | **15 or more employees:**<br>☒ **Yes** ☐ **No** |
| **Employer Address:**<br>**Address Line 1:** 1201 West University Drive<br>**Address Line 2:**<br>**City/State/Zip:** Edinburg, TX 78539<br>**Phone #:** (956) 665-2261<br>**Email:** vclub@utrgv.edu | **Employer Headquarters Address:**<br>**Address Line 1:** 1201 West University Drive<br>**Address Line 2:** Maryalice Shary Shivers Building room 2.126<br>**City/State/Zip:** Edinburg, TX 78539<br>**Phone #:** (956) 665-2451<br>**Email:** hr@utrgv.edu |

| | | | |
|---|---|---|---|
| *BASIS: I believe I have been discriminated against in violation of state law (Texas Labor Code, Chapter 21) and federal law (ADEA, GINA, Title VII, ADAAA), as follows*: | ☐ **Age** (*You must be 40 years of age or older to qualify*):<br>Date of Birth:<br>___/___/___<br>Month/day/year<br>Age at time of incident:<br>_____ | ☐ **Color** (*Based on skin color)*:<br>☐ Black<br>☐ Brown<br>☐ White<br>☐ Other: | ☐ **Disability:**<br>☐ Disabled<br>☐ History of disability<br>☐ Regarded as disabled<br>*(Pregnancy is NOT a disability unless you are regarded as disabled.)* |
| **Please mark ONLY the basis (protected class) you believe were the reasons you were discriminated.** | ☐ **GINA** (Genetic Information Non-discrimination Act) | ☐ **National Origin:**<br>☐ African-American<br>☐ Anglo/Caucasian<br>☐ East Indian<br>☐ Hispanic<br>☐ Mexican<br>☐ Other: | ☐ **Race:**<br>☐ American Indian/Alaskan Native<br>☐ Asian/Pacific Islander<br>☐ Black<br>☐ White<br>☐ Other: |
| **EXAMPLE: If your treatment was because of your race, then check ONLY the box by your race.** | ☐ **Religion:**<br>☐ Baptist<br>☐ Catholic<br>☐ Jewish<br>☐ Muslim<br>☐ Other: | ☐ **Retaliation**:<br>☐ Assisted another filing discrimination<br>☐ Filed a complaint of discrimination<br>☐ Participated in discrimination investigation.<br>*ON THIS DATE*:<br>___/___/___<br>Month/day/year | ☐ **Sex:**<br>☒ Female<br>☐ Female/Pregnancy<br>☐ Male<br>☒ Sexual Orientation<br>☐ Gender Identity |

**Form 1000**      **Revised: 08/28/2020**

**Employment Harms or Actions**

| | | |
|---|---|---|
| ☐ Demotion (D1) | ☒ Layoff (L1) | ☒ Suspension (S5) |
| ☒ Discharge (D2) | ☐ Promotion (P3) | ☐ Terms & Conditions (T2) |
| ☐ Discipline (D3) | ☐ Reasonable Accommodation (R6) | ☐ Training (T4) |
| ☐ Harassment (H1) | ☐ Severance Pay (B5) | ☐ Wages (W1) |
| ☐ Hiring (H2) | ☐ Sexual Harassment (S4) | ☐ Other: |

**The following questions are regarding the employment harms or actions taken against you.**
**(Each incident must be within 180 days of the date you submit your complaint to the TWCCRD.)**

**DATE(S) DISCRIMINATION TOOK PLACE (Month/Day/Year)**

Earliest (Month/Day/Year): 02 / 15 / 2022
Latest (Month/Day/Year): 03 / 25 / 2022
☐ CONTINUING ACTION

**Name and Position Title of person(s) who did the harm:**
West Nott, Head Women's Tennis Coach
Chasse S. Conque, VP and Director of Athletics

**(If filing under race, color, national origin, religion, sex, age, please provide the race, color, national origin, religion, sex, or age of the person(s) discriminating against you:)**
Males

**Did you complain of discrimination to your employer?** ☐ Yes ☒ No
If Yes, date of complaint: ___/___/___ (Month/Day/Year)
**Name and Position Title of person(s) you complained to:**

**Explain why you believe the employment harm(s) and/or action(s) were discriminatory:**

I believe the employment harm and/or action was discriminatory because it was a direct result of my gender and/or sexual orientation. A male assistant coach would not have been put in the position in which the claimant was placed and would not have been terminated as a result.

**Employer's reason for its action:**

Unknown.

**Are there other employees treated more fairly than you?** ☒ Yes ☐ No
If Yes, please provide the information below:

| **Full Name and Position Title** | (If filing under race, color, national origin, religion, sex, and/or age, please provide the race, color, national origin, religion, sex, or age of the person(s) treated more fairly than you.) |
|---|---|
| All other assistant tennis coaches. | The other assistant coaches are men. |
| | |
| | |

**What are you seeking as a resolution to your case?** I am seeking financial compensation for the damages I have endured during and after serving as assistant men's and women's tennis coach at UTRGV.

**What is the most convenient method to contact you:**

☒ Email: ☐ Telephone: ( )

**Submitting this Complaint Form DOES NOT represent filing a formal Charge of Discrimination**